UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Suzanne M Brown,

           Plaintiff(s),

v.                                       Case No. 2:26−cv−10426−LVP−DRG
                                           Hon. Linda V. Parker

Macomb Community College, et al.,

           Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge David R. Grand for all pretrial proceedings, including a hearing and determination of all non−dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

                                                s/Linda V. Parker
                                                Linda V. Parker
                                                United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                s/A Flanigan
                                                Case Manager

Dated:   February 9, 2026