UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **SUZANNE M BROWN,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | Case No. 2:26−cv−10426−LVP−DRG |
| **V.** ) | |
| ) | |
| **MACOMB COMMUNITY COLLEGE ET AL.,** ) | |
| ) | |
| **Defendants** ) | |

### NOTICE OF COMPLIANCE, EXECUTION OF SERVICE ORDER

Pro se Plaintiff Suzanne Brown respectfully provides notice to the Court of her having complied February 14, 2026, with the Court's February 9, 2026, order to complete service documents and forward to the Clerk for Service of Process by the United States Marshall within 14 days.

Plaintiff executed:

- One (1) copy of the complaint for each defendant;
- Two (2) USM 285 forms for each defendant;
- Three (3) AO440 summonses for each defendant for the Clerk's authorization.

Proof thereof is provided by US Postal Service priority delivery and tracking confirmation, thus:

1




Upon service by the United States Marshall, all Defendants will be served electronically by Plaintiff for all future filings.

Date: February 20, 2026                    Respectfully Submitted,

/s/ Suzanne Brown
114 Lake Umbagog

2

P.O. Box 253  
Errol, NH 03579  
(603) 828-4860  
blackeaglecomposites@gmail.com