AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan 

| | | |
|---|---|---|
| Suzanne M. Brown | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:26-cv-10426-LVP-DRG |
| Macomb Community College et al. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

F I L E D
FEB 25 2026
CLERK'S OFFICE
DETROIT

To: *(Defendant's name and address)* Aimee Adamski
Macomb Community College
South Campus G Building (Student Services/Enrollment)
14500 East 12 Mile Rd.
Warren, MI 48088

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Suzanne M Brown
114 Lake Umbagog
P.O. Box 253
Errol, NH 03579
(ECF service accepted)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ~~02/15/2026~~ 2/25/26

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan ▼

| | |
|---|---|
| Suzanne M. Brown <br><br> *Plaintiff(s)* <br> v. <br> Macomb Community College et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 2:26-cv-10426-LVP-DRG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Eric Myers
Macomb Community College
College Police Department
South Campus K Building (K-340)
14500 East 12 Mile Rd.
Warren, MI 48088

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Suzanne M Brown
114 Lake Umbagog
P.O.Box 253
Errol, NH 03579
(ECF service accepted)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ~~02/15/2026~~ 2/25/26    _____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan ▼

| | | |
|---|---|---|
| Suzanne M. Brown | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:26-cv-10426-LVP-DRG |
| Macomb Community College et al. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Macomb Community College
14500 E. 12 Mile Road
Warren, Macomb County, Michigan 48088

c/o General Counsel Jeffrey Steele
16000 Hall Rd., Suite 2A
Clinton Township, Michigan 48308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Suzanne M Brown
114 Lake Umbagog
P.O.Box 253
Errol, NH 03579
(ECF service accepted)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ~~02/15/2026~~ 2/25/26

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan  ▼

| | |
|---|---|
| Suzanne M. Brown | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:26-cv-10426-LVP-DRG |
| Macomb Community College et al. | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
        Jeffrey Steele
        16000 Hall Rd., Suite 2A
        Clinton Township, Michigan  48308

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        Suzanne M Brown
        114 Lake Umbagog
        P.O.Box 253
        Errol, NH 03579
        (ECF service accepted)

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ~~02/15/2026~~ 2/25/26
       2/25/26

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan ▼

|  |  |
|---|---|
| Suzanne M. Brown<br><br>*Plaintiff(s)*<br>v.<br>Macomb Community College et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:26-cv-10426-LVP-DRG<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Meldrum
South Campus,
G Building (Student Services/Enrollment)
Macomb Community College
14500 East 12 Mile Rd.
Warren, MI 48088-3896

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Suzanne M Brown
114 Lake Umbagog
P.O.Box 253
Errol, NH 03579
(ECF service accepted)

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  ~~02/15/2026~~
       2/25/26

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

Suzanne M. Brown

*Plaintiff(s)*

v.

Macomb Community College et al.

*Defendant(s)*

Civil Action No. 2:26-cv-10426-LVP-DRG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William Leavens
Macomb Community College
College Police Department
South Campus K Building (K-340)
14500 East 12 Mile Rd.
Warren, MI 48088

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Suzanne M Brown
114 Lake Umbagog
P.O.Box 253
Errol, NH 03579
(ECF service accepted)

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ~~02/15/2026~~
2/25/26

*Signature of Clerk or Deputy Clerk*