*Clerk's Office*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Suzanne M Brown

Plaintiff(s),

v.

Macomb Community College et al

Defendant(s).
_____/

Case No. 26-10426

Judge Linda V. Parker

Magistrate Judge David R. Grand

2026 FEB 26 PM 11:31
EASTERN MICHIGAN
UNITED STATES MARSHALS SERVICE

## ACKNOWLEDGMENT OF RECEIPT OF DOCUMENTS

The following documents were delivered to the United States Marshals for service of process:

1) Order Directing Service/Reservice dated 2/9/2026 ;

2) USM 285 and Summons form(s);

3) _6_ copy(ies) of Complaint.

Date: February 25, 2026

s/N. Ahmed
Deputy Clerk

## ACKNOWLEDGMENT

UNITED STATES MARSHAL SERVICE

Date: MAR 10 2026

Signature or Stamp

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Suzanne M. Brown | 2:26-cv-10426-LVP-DRG |
| DEFENDANT | TYPE OF PROCESS |
| Macomb Community College | Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
William Leavens

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Police Department, K Bldg, Macomb Community College, 14500 East 12 Mile Rd., Warren MI 48088

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Suzanne M. Brown<br>P.O. Box 253<br>Errol, NH 03579 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please serve during normal college business hours 0900-1600.

Signature of Attorney other Originator requesting service on behalf of: [x] PLAINTIFF [ ] DEFENDANT

*Suzanne Brown, Pro Se*

TELEPHONE NUMBER: (603) 828-4860
DATE: 2/15/2026

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>6 | District of Origin<br>No. 039 | District to Serve<br>No. 039 | Signature of Authorized USMS Deputy or Clerk | Date<br>MAR 10 2026 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | [ ] am [ ] pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
Tracking # 9589-0710-5270-3190-0308-78

Form USM-285
Rev. 03/21

U.S. Department of Justice  
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** Suzanne M. Brown | **COURT CASE NUMBER** 2:26-cv-10426-LVP-DRG |
| **DEFENDANT** Macomb Community College | **TYPE OF PROCESS** Summons and Complaint |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: John Meldrum
- ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: South Campus, G Bldg, Macomb Community College, 14500 East 12 Mile Rd., Warren MI 48088-3896

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Suzanne M. Brown  
P.O. Box 253  
Errol, NH 03579

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.: 

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Please serve during normal college business hours 0900-1600.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT  
*SUZANNE BROWN, PRO SE*  
TELEPHONE NUMBER: (603) 828-4860  
DATE: 2/15/2026

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 6 | 039 | 039 | | MAR 10 2026 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | [ ] am [ ] pm |
|---|---|---|---|
| | | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS  
Tracking # 9589-0710-5270-3190-0309-53

Form USM-285  
Rev. 03/21

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Suzanne M. Brown | 2:26-cv-10426-LVP-DRG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Macomb Community College | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Eric Myers
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Police Department, K Bldg, Macomb Community College, 14500 East 12 Mile Rd., Warren MI 48088

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Suzanne M. Brown
P.O. Box 253
Errol, NH 03579

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please serve during normal college business hours 0900-1600.

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
/s/ Suzanne Brown, Pro Se
TELEPHONE NUMBER: (603) 828-4860
DATE: 2/15/2026

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 6
District of Origin No.: 039
District to Serve No.: 039
Signature of Authorized USMS Deputy or Clerk
Date: MAR 10 2026

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | | |

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS
Tracking # 9589-0710-5270-3190-0309-60

Form USM-285
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Suzanne M. Brown | 2:26-cv-10426-LVP-DRG |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Macomb Community College | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Aimee Adamski

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
South Campus, G Building, Macomb Community College, 14500 East 12 Mile Rd., Warren MI 48088

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Suzanne M. Brown
P.O. Box 253
Errol, NH 03579

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please serve during normal college business hours 0900-1600.

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT

Suzanne Brown, pro se

TELEPHONE NUMBER: (603) 828-4860
DATE: 2/15/2026

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 6
District of Origin No. 039
District to Serve No. 039
Signature of Authorized USMS Deputy or Clerk
Date: MAR 10 2026

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

| Date | Time | [ ] am [ ] pm |
|---|---|---|

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS
Tracking # 9589-0710-5270-3190-0309-77

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Suzanne M. Brown | 2:26-cv-10426-LVP-DRG |
| DEFENDANT | TYPE OF PROCESS |
| Macomb Community College | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jeffrey Steele
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
16000 Hall Rd., Suite 2A, Clinton Township, MI 48308

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Suzanne M. Brown
P.O. Box 253
Errol, NH 03579

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please serve during normal college business hours 0900-1600.

Signature of Attorney other Originator requesting service on behalf of:
Suzanne Brown, Pro Se
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (603) 828-4860
DATE: 2/15/2026

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 6
District of Origin No.: 039
District to Serve No.: 039
Signature of Authorized USMS Deputy or Clerk
Date: MAR 10 2026

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date
Time ☐ am ☐ pm
Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS
Tracking # 9589-0710-5270-3190-0309-84

Form USM-285
Rev. 03/21

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Suzanne M. Brown | 2:26-cv-10426-LVP-DRG |
| DEFENDANT | TYPE OF PROCESS |
| Macomb Community College | Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Macomb Community College, c/o General Counsel Jeffrey Steele

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
16000 Hall Rd., Suite 2A, Clinton Township, MI 48308

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Suzanne M. Brown
P.O. Box 253
Errol, NH 03579

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please serve during normal college business hours 0900-1600.

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
Suzanne Brown, Pro Se

TELEPHONE NUMBER: (603) 828-4860

DATE: 2/15/2026

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 6
District of Origin No.: 039
District to Serve No.: 039
Signature of Authorized USMS Deputy or Clerk
Date: MAR 10 2026

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | [ ] am [ ] pm |
|---|---|---|---|
| | | | |

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS
Tracking # 9589-0710-5270-3190-0309-91

Form USM-285
Rev. 03/21