UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUZANNE M. BROWN,

Plaintiff,

Case No. 26-cv-10426
Honorable Linda V. Parker

v.

MACOMB COMMUNITY COLLEGE, et al.,

Defendants.
_________________________________/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 75) AND GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS (ECF NO. 47)**

Plaintiff commenced this lawsuit against Defendants on February 5, 2026. (ECF No. 1.) She thereafter amended her pleading twice, with her Second Amended Complaint filed June 25, 2026. (ECF No. 43.) Defendants thereafter moved to dismiss Plaintiff's Second Amended Complaint. (ECF No. 47.) The matter has been assigned to Magistrate Judge David R. Grand for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

On November 5, 2026, Magistrate Judge Grand issued a report and recommendation ("R&R") recommending that the Court grant in part and deny in

part Defendants' motion. (ECF No. 75.) Specifically, Magistrate Judge Grand recommends the dismissal of the following: (i) the constitutional claims against Defendants Macomb Community College ("MCC") and Jeffrey Steele; (ii) the substantive due process claims (Counts I and VI, in part); (iii) the Equal Protection Class-of-One claim (Count II); (iv) the First Amendment Retaliation claim (Count III); and (v) the FERPA claims (Counts IV and V). (*See id.* at PageID.1364.) At the conclusion of the R&R, Magistrate Judge Grand advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. (*See id.* at PageID.1364-65.) He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Grand. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendants' motion to dismiss (ECF No. 47) is **GRANTED IN PART AND DENIED IN PART**. It is granted in that: (a) the constitutional claims against MCC and Steele are **DISMISSED WITH PREJUDICE**; (b) Counts I and VI are **DISMISSED IN PART** to the extent based on a substantive due process violation; (c) Counts II-V are **DISMISSED WITH PREJUDICE**; and (d) Jeffrey Steele is **TERMINATED AS A PARTY** as all

claims against him have been dismissed. It is denied in that the procedural due process claims in Counts I and VI and the breach of contract/promissory estoppel claims in Count VII may proceed.

Date: November 25, 2026

s/LINDA V. PARKER
UNITED STATES DISTRICT JUDGE